JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON P. STRODES,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ANDREW SAUL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No: 2:19-cv-09583-PLA<br><br>**JUDGMENT** |

　　Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

　　IT IS ORDERED that judgment is entered in accordance with the Order Of REMAND.

DATE:  July 9, 2020

_____
HONORABLE PAUL L. ABRAMS
United States Magistrate Judge

-1-